07-15-00090-CV



5-6-15

FILED
MAY 08 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

To The Clerk of This Court

Dear Ms Long:

I Hope This Time I got it correct. on The issue of The other Documents. First The Rendition of The key (Brass) This would show The Court The size of The so missing key and it would Be Near Impossible To Conseal in Any of my writ Envelopes or other Documentation in Legal Folders. The Second Letter From The clerk is Proof of The Guilt That she is Guilty of For Hindering Progress of The Appeal and The Courts Coverup and Fact That I Never Recieved The Courts Answer of Dismissal For Any Reason. This Letter is Proof That Ms Mead is Trying To Protect Her Position, All I Can see is Obstruction of Justice.

IF Anything is missing Please Advise, I do not Have The Ability To Copy Anything I send To you. IF I Have missed Anything Please Advise And send. Thank You For Your Professionalism.

Sincerely.
Evangelos Pogonis

Court of Appeals.
Seventh District
of
Texas.



FILED
MAY 08 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Evangelos Pagonis
            Plaintiff Pro Se.


v                                                    7:15:00090:CV


Catherine Thomas
            Defendant


## AFFIDAVIT RELATING TO PREVIOUS FILING.

To THE HONORABLE JUDGE:

Now Comes Evangelos Pagonis Plaintiff Pro Se AN Complies with Tex. Civ. Prac & Rem § 14.004, THE Following ARE Previous Filings.


1. FACTS: DELIBERATE INDIFFERENCE FOR A SERIOUS MEDICAL NEED. FRACTURED RIGHT DISTAL RADIUS.
        CASE: EVANGELOS PAGONIS V. WILLIAM STEPHENS et al.
        CAUSE NO: 2:11-CV-177
        COURT: U.S DISTRICT COURT, NORTHERN DISTRICT OF TEXAS.
            Amarillo, Division.
        DISPOSITION: DISMISSED AS FRIVOLOUS WITHOUT PREJUDICE.
        RELIEF SOUGHT: MONETARY, COMPENSATORY, PUNITIVE,
COURT COST, ATTORNEY FEE, Long TERM MEDICAL TREATMENT, COST $1.5million.

2. FACTS: THEFT OF TANGABLE PROPERTY. PURSUANT TO TEXAS THEFT ACT.

    CASE: EVANGELOS PAGONIS V. CATHERINE THOMAS

    CAUSE NO: O536A

    COURT: DALHART JUSTICE OF THE PEACE.

    DEPOSITION: DISMISSED
           APPEALED TO HARTLEY COUNTY DISTRICT COURT
           CAUSE NO: 645.

    DEPOSITION: DISMISSED.

    RELIEF Sought: MONETARY, COMPENSATORY, COURT COST,
           ATTORNEY FEES, AN ANY OTHER DAMAGES
           THE COURT DEEM NECESSARY. COST $150,000

3. FACTS: MANDAMUS TO INSTRUCT CLERK TO FILE APPEAL
       FROM JUSTICE OF THE PEACE

    CASE: EVANGELOS PAGONIS V. DIANA THOMPSON (CLERK).

    CAUSE NO: 4872H

    COURT: HARTLEY COUNTY & DISTRICT COURT.

    DEPOSITION: DISMISSED.

    RELIEF Sought: FOR CLERK TO FILE APPEAL FROM CAUSE NO: O536A.

I EVANGELOS PAGONIS HEREBY CERTIFY THE ABOVE ARE PREVIOUS FILINGS. I HOPE THIS MEATS THE COURTS COMPLIANCE OF TEX. CIV. PRAC & REMD § 14.004,

                RESPECTFULLY SUBMITTED.
                EVANGELOS PAGONIS

DATE 5-6-2015.

Evangelos Pagones 1626253
Dalhart Unit.
11950 Fm 998
Dalhart Tx 79022

AMARILLO TX 790
07 MAY 2024 PM 2 L

Court of Appeals.
Seventh District of Texas.
Potter County Courts Building
501 S. Fillmore. Suite 2-A
Amarillo, Tx 79101 - 2449

79101&2449

Legal.